# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HAWAIIAN TELCOM | ) Case No. 08-13086 (PJW) |
| COMMUNICATIONS, INC., et al.,[1] | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Hearing Date: December 23, 2008 at 9:30 a.m. ET |
| | ) Objection Date: December 19, 2008 at 4:00 p.m. ET |

### MOTION OF HAWAIIAN TELCOM COMMUNICATIONS, INC., ET AL. FOR ENTRY OF AN ORDER (A) APPROVING STIPULATION BETWEEN THE DEBTORS AND THE STATE OF HAWAII AND (B) TRANSFERRING VENUE

Hawaiian Telcom Communications, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, "Hawaiian Telcom" or the "Debtors"), file this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A**, approving the stipulation (the "Stipulation"), dated December 15, 2008, between the Debtors and the State of Hawaii and transferring venue of the chapter 11 cases to the United States Bankruptcy Court for the District of Hawaii. In support of this Motion, the Debtors respectfully state as follows:

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Hawaiian Telcom Communications, Inc. (0376); Hawaiian Telcom Holdco, Inc. (9868); Hawaiian Telcom, Inc. (9500); Hawaiian Telcom Services Company, Inc. (5722); Hawaiian Telcom IP Service Delivery Investment, LLC (9423); Hawaiian Telcom IP Service Delivery Research, LLC (9685); Hawaiian Telcom IP Video Investment, LLC (9295); and Hawaiian Telcom IP Video Research, LLC (9571). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1177 Bishop Street, Honolulu, HI 96813.

K&E 13859123.2

U.S. Bankruptcy Court - Hawaii  #08-02005  Dkt # 89  Filed 12/22/08  Page 1 of 15

## Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are 28 U.S.C. § 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## Relief Requested

4. By this Motion, the Debtors seek entry of an order approving the Stipulation and transferring these chapter 11 cases to the United States Bankruptcy Court for the District of Hawaii.[2]

## Background

5. On December 1, 2008 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 12, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Creditors' Committee").

6. Hawaiian Telcom's corporate offices are located in Honolulu, Hawaii. Hawaiian Telcom currently employs approximately 1,450 employees throughout the Hawaiian Islands. In

---

[2] The Debtors respectfully request that this Court maintain venue and retain limited jurisdiction with respect to the retention applications and fee applications of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, proposed Delaware counsel to the Debtors.

2

2007, Hawaiian Telcom generated revenues of approximately $483.7 million. As of September 30, 2008, the book value of Hawaiian Telcom's assets totaled approximately $1.35 billion and its liabilities totaled approximately $1.27 billion.

## The Proposed Stipulation

7. Prior to the Petition Date, the Debtors analyzed their options for the venue of these chapter 11 cases. The Debtors determined, for the convenience of many of the parties in interest and for other business reasons, to file their chapter 11 cases in the District of Delaware.[3] As noted at the December 3, 2008 hearing, however, the Debtors were and continue to be ever mindful of the local Hawaiian interests that may be impacted by these chapter 11 cases.

8. Shortly after the Petition Date, the Debtors and the Department of the Attorney General for the State of Hawaii (the "Hawaii Attorney General") commenced discussions regarding venue for these chapter 11 cases. Following such discussions, the Hawaii Attorney General requested, and the Debtors have agreed, to transfer of venue of these chapter 11 cases to the United States Bankruptcy Court for the District of Hawaii. Accordingly, the Debtors and the Hawaii Attorney General have entered into the Stipulation, a copy of which is annexed to **Exhibit A** as Exhibit 1, agreeing to the transfer of venue of these chapter 11 cases to the United States Bankruptcy Court for the District of Hawaii.

---

[3] Three of the Debtors in these cases—Hawaiian Telcom Communications, Inc., Hawaiian Telcom Holdco, Inc. and Hawaiian Telcom Services Company, Inc.—are incorporated under the laws of Delaware.

3

## Basis for Relief

9. Section 1412 of title 28 of the United States Code provides as follows: "A district court may transfer a case or a proceeding under title 11 to a district court for another district, in the interest of justice or for the convenience of the parties."

10. Bankruptcy Rule 1014(a)(1) implements 28 U.S.C. § 1412 and provides as follows:

> *Cases Filed in Proper District.* If a petition is filed in the proper district, the court, on the timely motion of a party in interest or on its own motion, and after a hearing on notice to the petitioners, the United States trustee, and other entities as directed by the court, may transfer the case to any other district if the court determines that the transfer is in the interest of justice or for the convenience of the parties.

Bankruptcy Rule 1014(a).

11. In applying the "convenience of the parties" and "interest of justice" standards of section 1412, this Court generally weighs the following four factors: (a) the proximity of the bankruptcy court to interested parties; (b) the location of the debtor's assets; (c) the bankruptcy court's ability to administer the estate more economically; and (d) the relative economic harm to the debtor and other interested parties by the transfer. See First New England Dental Ctrs., Inc., No. 98-347, letter op. at 4-5 (Bankr. D. Del. Mar. 20, 1998); In re Ernst Home Ctr., Inc., Case Nos. 96-1088 and 1089, bench ruling Tr. at 2-3 (Bankr. D. Del. Mar. 8, 1996); see also Jumara v. State Farm Ins. Co., 55 F.3d 873, 879-80 (3d Cir. 1995); In re Centennial Coal, Inc., 282 B.R. 140, 144 (Bankr. D. Del. 2002); In re Delaware and Hudson Ry. Co., 96 B.R. 467, 468 (Bankr. D. Del. 1988); Matter of Ocean Properties of Del., Inc., 95 B.R. 304, 305 (Bankr. D. Del. 1988).

12. Hawaiian Telcom is the incumbent local exchange carrier for the State of Hawaii serving thousands of customers in the State. Its corporate offices are located in Honolulu, Hawaii and it employs approximately 1,450 employees throughout the Hawaiian Islands. Moreover, substantially all of the Debtors' operating assets, as well as their books and records, are located throughout the State of Hawaii.

13. Based on this local interest, the Court should approve the Stipulation and enter an order substantially in the form attached as **Exhibit A** transferring venue of these cases to the United States Bankruptcy Court for the District of Hawaii.

## Notice

14. The Debtors have provided notice of this Motion by electronic mail or facsimile and by overnight mail to: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel for the Creditors' Committee; (c) counsel for the agent for the Debtors' senior secured credit facility; (d) the indenture trustee for each of the Debtors' outstanding bond issuances; (e) counsel for the ad hoc committee of the Debtors' senior noteholders; (f) the Hawaii Public Utilities Commission; (g) counsel for the Hawaii Attorney General; and (h) any persons who have filed a request for notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtors respectfully submit that no further notice is necessary.

## No Prior Request

15. No prior motion for the relief requested herein has been made to this or any other court.

WHEREFORE, for the reasons set forth herein, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and granting such other and further relief as the Court deems appropriate

Dated: December 15, 2008
Wilmington, Delaware

**KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP**

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (Bar No. 3989)
Michael Yurkewicz (Bar No. 4165)
919 Market Street
Wilmington, Delaware 19801–3062
Telephone: (302) 426–1189
Facsimile: (302) 426–9193

- and -

**KIRKLAND & ELLIS LLP**
Richard M. Cieri
Paul M. Basta
Christopher J. Marcus
Citigroup Center
153 East 53rd Street
New York, New York 10022–4611
Telephone: (212) 446–4800
Facsimile: (212) 446–4900

Proposed Attorneys for the
Debtors and Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HAWAIIAN TELCOM<br>COMMUNICATIONS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13086 (PJW)<br><br>Joint Administration Requested<br><br>**Hearing Date:** December 23, 2008 at 9:30 a.m. ET<br>**Objection Date:** December 19, 2008 at 4:00 p.m. ET |

## NOTICE OF MOTION OF HAWAIIAN TELCOM COMMUNICATIONS, INC., ET AL. FOR ENTRY OF AN ORDER (A) APPROVING STIPULATION BETWEEN THE DEBTORS AND THE STATE OF HAWAII AND (B) TRANSFERRING VENUE

To: The Office of the United States Trustee, counsel for the Official Committee of Unsecured Creditors, counsel for the pre- and post-petition lender and all parties on the Bankruptcy Rule 2002 List.

**PLEASE TAKE NOTICE,** that on December 15, 2008 the above captioned Debtors filed their Motion of Hawaiian Telcom Communications, Inc. for Entry of an Order (A) Approving Stipulation Between Debtors and State of Hawaii and (B) Transferring Venue (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE,** that any responses to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 market Street, Third Floor, Wilmington, DE 19801, and served upon the undersigned, so as to be received on or before **4:00 p.m. (ET) on December 19, 2008.**

**PLEASE TAKE FURTHER NOTICE,** THAT, IF AN OBJECTION IS PROPERLY FILED AN SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD ON **DECEMBER 23, 2008 AT 9:30 A.M. (ET)** BEFORE THE HONORABLE PETER J.WALSH, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, COURT ROOM #2, SIXTH FLOOR, WILMINGTON, DELAWARE 19801. ONLY OBJECTIONS MADE IN WRITING AND

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Hawaiian Telcom Communications, Inc. (0376); Hawaiian Telcom Holdco, Inc. (9868); Hawaiian Telcom, Inc. (9500); Hawaiian Telcom Services Company, Inc. (5722); Hawaiian Telcom IP Service Delivery Investment, LLC (9423); Hawaiian Telcom IP Service Delivery Research, LLC (9685); Hawaiian Telcom IP Video Investment, LLC (9295); and Hawaiian Telcom IP Video Research, LLC (9571). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1177 Bishop Street, Honolulu, HI 96813.

TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 15, 2008
Wilmington, Delaware

**KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP**

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (Bar No. 3989)
Michael Yurkewicz (Bar No. 4165)
919 Market Street
Wilmington, Delaware 19801–3062
Telephone: (302) 426–1189
Facsimile: (302) 426–9193

- and -

**KIRKLAND & ELLIS LLP**
Richard M. Cieri
Paul M. Basta
Christopher J. Marcus
Citigroup Center
153 East 53rd Street
New York, New York 10022–4611
Telephone: (212) 446–4800
Facsimile: (212) 446–4900

Proposed Attorneys for the
Debtors and Debtors in Possession

# EXHIBIT A

K&E 13859123.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HAWAIIAN TELCOM COMMUNICATIONS, INC., et al.,[1] | Case No. 08-13086 (PJW) |
| Debtors. | Jointly Administered |

**ORDER (A) APPROVING STIPULATION BETWEEN THE DEBTORS AND THE STATE OF HAWAII AND (B) TRANSFERRING VENUE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF HAWAII**

Upon the motion, dated December 15, 2008 (the "Motion"), of Hawaiian Telcom Communications Inc., and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order approving the stipulation (the "Stipulation"), dated December 15, 2008, between the Debtors and the State of Hawaii and transferring venue of the above-captioned chapter 11 cases to the United States Bankruptcy Court for the District of Hawaii, all as more fully set forth in the Motion; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Hawaiian Telcom Communications, Inc. (0376); Hawaiian Telcom Holdco, Inc. (9868); Hawaiian Telcom, Inc. (9500); Hawaiian Telcom Services Company, Inc. (5722); Hawaiian Telcom IP Service Delivery Investment, LLC (9423); Hawaiian Telcom IP Service Delivery Research, LLC (9685); Hawaiian Telcom IP Video Investment, LLC (9295); and Hawaiian Telcom IP Video Research, LLC (9571). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1177 Bishop Street, Honolulu, HI 96813.

Debtors' estates, their creditors and other parties in interest; and notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Stipulation attached hereto as **Exhibit 1** is approved.

3. The chapter 11 cases of Hawaiian Telcom Communications, Inc. (Case No. 08-13086), Hawaiian Telcom Holdco, Inc. (Case No. 08-13087), Hawaiian Telcom, Inc. (Case No. 08-13088), Hawaiian Telcom IP Service Delivery Research, LLC (Case No. 08-13089), Hawaiian Telcom IP Video Research, LLC (Case No. 08-13090), Hawaiian Telcom IP Service Delivery Investment, LLC (Case No. 08-13091), Hawaiian Telcom IP Video Investment, LLC (Case No. 08-13092) and Hawaiian Telcom Services Company, Inc. (Case No. 08-13093) are hereby transferred to the United States District Court for the District of Hawaii, provided, however, that this Court shall maintain venue and retain limited jurisdiction solely with respect to the retention applications and fee applications of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, proposed Delaware counsel to the Debtors.

4. The clerk of this Court is hereby instructed to maintain the docket open for these cases pending entry of a final fee order for Klehr, Harrison, Harvey, Branzburg & Ellers LLP.

2

K&E 13859123.2

U.S. Bankruptcy Court - Hawaii   #08-02005   Dkt # 89   Filed 12/22/08   Page 11 of 15

5. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

Dated: _____   _____
Wilmington, Delaware            United States Bankruptcy Judge

**EXHIBIT 1**

K&E 13859123.2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HAWAIIAN TELCOM COMMUNICATIONS, INC., et al.,[1] | Case No. 08-13086 (PJW) |
| Debtors. | Jointly Administered |

## STIPULATION TRANSFERRING VENUE FROM THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF HAWAII

Hawaiian Telcom Communications, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), and the State of Hawaii (the "State," together with the Debtors, the "Parties"), each having express authority to enter into this stipulation, hereby stipulate to the following:

WHEREAS, on or about December 1, 2008 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

WHEREAS, following good-faith discussions, the State determined that it would file a motion seeking transfer of venue of the Debtors' chapter 11 cases to the United States Bankruptcy Court for the District of Hawaii and the Debtors agreed.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Hawaiian Telcom Communications, Inc. (0376); Hawaiian Telcom Holdco, Inc. (9868); Hawaiian Telcom, Inc. (9500); Hawaiian Telcom Services Company, Inc. (5722); Hawaiian Telcom IP Service Delivery Investment, LLC (9423); Hawaiian Telcom IP Service Delivery Research, LLC (9685); Hawaiian Telcom IP Video Investment, LLC (9295); and Hawaiian Telcom IP Video Research, LLC (9571). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 1177 Bishop Street, Honolulu, HI 96813.

NOW THEREFORE, in consideration of the foregoing and agreeing to be legally bound, the Parties stipulate as follows:

1. The Parties have agreed to transfer these cases to the United States Bankruptcy Court for the District of Hawaii pursuant to Title 28, U.S.C. § 1404(a); provided, however, that the Court shall maintain venue and retain limited jurisdiction solely with respect to the retention application and fee applications of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, proposed Delaware counsel to the Debtors.

Dated: December 15, 2008

| SAUL EWING LLP | KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP |
|---|---|
| /s Jeremy W. Ryan | /s/ Domenic E. Pacitti |
| *Jeremy W. Ryan (No. 4057)* | Domenic E. Pacitti (Bar No. 3989) |
| *222 Delaware Avenue, Suite 1200* | Michael Yurkewicz (Bar No. 4165) |
| *P.O. Box 1266* | 919 Market Street |
| *Wilmington, DE 19899* | Wilmington, Delaware 19801–3062 |
| *Telephone: (302) 421-6840* | Telephone: (302) 426–1189 |
| | Facsimile: (302) 426–9193 |
| Attorneys for the State of Hawaii | - and - |

**KIRKLAND & ELLIS LLP**
Richard M. Cieri
Paul M. Basta
Christopher J. Marcus
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Proposed Attorneys for the
Debtors and Debtors in Possession