IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  Chapter 11

HAWAIIAN TELCOM  Case No. 08-13086 (PJW)
COMMUNICATIONS, INC. et al.

08-02005

Jointly Administered

## 3M COMPANY'S REQUEST FOR
## ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

3M COMPANY, a Delaware corporation ("Vendor"), hereby requests allowance and payment of Vendor's administrative expense claim for $680.51 (the "Claim Amount") pursuant to 11 U.S.C. §503(b)(9), which is the value of the goods sold by Vendor to Hawaiian Telcom Communications, Inc. and its affiliates (all collectively referred to as "Debtor") within the twenty days before commencement of Debtor's bankruptcy action. In support of this request, 3M states as follows:

1.  Vendor sold goods to Debtor in the ordinary course of the parties' respective businesses.

2.  On December 1, 2008 (the "Petition Date"), Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code. Since the Petition Date, Debtor continues to operate its business and manage its properties as debtor-in-possession pursuant to 11 U.S.C. §§1107 and 1108.

3.  Under 11 U.S.C. §503(b)(9), Vendor is entitled to an administrative expense claim in the Claim Amount, which is the value of the goods received by Hawaiian Telcom Communications, Inc. within 20 days of the Petition Date in the ordinary course of the parties' business. Below is Vendor's statement of account for the Claim Amount and the applicable invoice(s) and delivery proof are attached as Exhibit "A."

| Invoice Number | Goods Receipt Date | Amount |
| --- | --- | --- |
| WV25466 | 11/18/08 | $680.51 |

4.  Vendor's administrative expense claim should be paid promptly by Debtor, or, alternatively, Vendor is entitled to adequate assurances of payment of the Claim Amount if payment is deferred on the same or similar terms obtained by other administrative expense claims.

**WHEREFORE**, Vendor respectfully requests to be granted an allowed administrative expense claim in the Claim Amount, together with such other and further relief as may be just and proper.

Dated: March 25, 2009

3M COMPANY

By: _____
Jason D. Smith, Financial Manager
3M Financial Operations

# 3M Invoice

```
PAGE    1 OF   2      PURCHASE ORDER..11960M              INVOICE NO...... WV25466
DIRECT INQUIRIES TO:                                      TYPE............ ORIGINAL
CUSTOMER SERVICE DEPT.                                    DATE........... 11/12/2008
11705 RESEARCH BLVD.  BL   ORDER DATE       08/22/2008
AUSTIN TX                  SHIP DATE.........11/12/2008   TERMS OF SALE
         78759                                            NET 30 DAYS
                                                          TERMS DATE.....11/12/2008
                                                          SALES REP....... V9490-3

LYDIA    GRIFFITH
PHONE NO...512-984-2367    PARTIAL ORDER....... NO
FAX NO.....512-984-2381

ACCOUNT NO.                              WV25466
CHARGE TO: HC03103
  SHIP TO: HCL7321

HAWAIIAN TELECOM INC              HAWAIIAN TELECOM INC
1021 KIKOWAENA PLA                REPAIR & METROLOGY SVC
HONOLULU HI 96819-4471            PO BOX 3140
                                  HONOLULU HI 96802-3140
```

| QUANTITY | UNIT | DESCRIPTION | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| S    1 | EACH | 05400769055 REPAIR AND RETURN, CONSTRUCTION, OUT OF WARRANTY | P | 475.00 | 475.00 |
| S    1 | EACH | 05400769055 REPAIR AND RETURN, CONSTRUCTION, OUT OF WARRANTY | P | 175.16 | 175.16 |

```
                *---------------DETAIL OF CHARGES---------------*
                Caller: PATRICIA MILLS
                        808 8401290
                REPAIRED:80610863906   965DSP-A/
                TDR/WB SUBSCRIBER LOOP ANALY
                SERIAL #:981600U3
                RMA NUMB:WV25466
                P/N-78 8140 0371 7  Name-ROHS-L
                EAD, TEST BLK/RED 1.5M, 2MM A
                Price-       43.57   Extended Price-        43.57
                P/N-78 8140 0372 5  Name-ROHS-L
                EAD, TEST,GREEN 1.5M,2MM ALLI
                Price-       27.42   Extended Price-        27.42
                P/N-78 8140 0370 9  Name-ROHS-L
                EAD, TEST BLUE/YEL 1.5M, 2MM
                Price-       43.57   Extended Price-        43.57
                P/N-78 8097 8284 6  Name-CASE, SOFT, 965DSL
                Price-       60.60   Extended Price-        60.60
                IF YOU HAVE ANY QUESTIONS OR CONCERNS REGARDING
                THIS ORDER OR INVOICE PLEASE CALL
                1 800 426 8688 THEN PRESS 22

10144822 720 10     /    /    11/12/08    CrBr:HX OrdWr:CW    InvBr:CW    AdmCd:CW
```

| DETACH AND RETURN WITH PAYMENT |
|---|

```
                                                     INVOICE NO........ WV25466
HC03103                    REMIT PAYMENT TO          INVOICE DATE..... 11/12/2008
HAWAIIAN TELECOM INC                                  TERMS DATE....... 11/12/2008
REPAIR & METROLOGY SVC     3M
PO BOX 3140                2807 PAYSPHERE CIR
HONOLULU HI 96802-3140     CHICAGO   IL 60674-0000

                                                     TAX............       30.35

                           TOTAL MUST BE RECEIVED BY:    12/12/2008
                                          INVOICE TOTAL       680.51
```

| AMOUNT ENCLOSED | |
|---|---|

WV25466

# 3M Invoice

| | |
|---|---|
| PURCHASE ORDER..11960M | INVOICE NO...... WV25466 |
| CHARGE TO ACCOUNT NO... HC03103 | TYPE............ ORIGINAL |
| | DATE.......... 11/12/2008 |

SHIP TO: HAWAIIAN TELECOM INC     HONOLULU HI 96819-4471

| QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| | | 4.166% HAWAII STATE TAX | | 27.09 |
| | | .502% HONOLULU COUNTY TAX | | 3.26 |
| *** | | SHPD 11/12 FROM-TAPD REPAR;AUS  VIA-UPSN | | |
| *** | | | B/L- | |
| *** | | | -LBS | -PCS |

| TOTAL MUST BE RECEIVED BY: 12/12/2008 | INVOICE TOTAL | 680.51 |
|---|---|---|

Please see reverse side for terms and conditions of sale and address change form.

10144822 720 10     /   /     11/12/08     CrBr:HX  OrdWr:CW     InvBr:CW     AdmCd:CW



ATTN : LEANDRA ROSARIO
PHONE : (512)984-2392

## DELIVERY NOTIFICATION

| | |
|---|---|
| INQUIRY FROM: | STEVEN K. PHILLIPS<br>WILLIAMS & ASSOCIATES<br>405 E 78TH ST<br>BLOOMINGTON  MN 55420 |
| SHIPMENT TO: | ATTN: TRICIA MILLS<br>ERS<br>1021 KIKOWAENA PL STE A<br>HONOLULU HI 96819 |

Shipper Number............................ **E78011**   Shipper Invoice Number.............. **WV25466**
Tracking Identification Number... **WV25466**

According to our records **1** parcel was delivered on **11/18/08** at **9:51 A.M.**. The shipment was signed for by **P MILLS** as follows:

| SHIPPER<br>NUMBER | PKG<br>ID NO. | TRACKING<br>NUMBER | ADDRESS<br>(NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| E78011 | | 1ZE780110343312248 | 1021 KIKOWAENA PL STE A<br>HONOLULU | P Mills |

TUS2525:000A0000

Patty L.E. Meagher  3M Legal Affairs  P.O. Box 33428
Advanced Paralegal  Office of General Counsel  St. Paul, MN 55133-3428 USA
Phone: (651) 736-3366
Fax: (651) 736-9469
Email: pmeagher@mmm.com



March 27, 2009

**VIA UPS**

United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

United States Bankruptcy Court, District of Hawaii
1132 Bishop Street, Suite 250L
Honolulu, HI 96813

**Re:   Hawaiian Telcom Communication, Inc. et al.**
Case No. 08-13086 (PJW)

Dear Clerks of Court:

Enclosed are the following documents to be filed on behalf of 3M Company for the above reference matter:

1. 3M Company's Request for Allowance and Payment of Administrative Expense Claim.

Please confirm receipt and filing with the courts by returning the enclosed self addressed envelope.

Please contact me with any questions.

Sincerely,

Patty Meagher

Enclosures
c:   Catherine B. Wilson, Esq.