*Filer's Name, Address, Phone, Fax, Email:*

Adam L. Simpson of Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
T: 901-546-0673; F: 901-546-0677



| | |
|---|---|
| *Debtor:* Hawaiian Telcom Communications, Inc., et al. | *Case No.:* **08-02005** |
| *Joint Debtor:* | *Chapter* **11** |
| *[If adversary proceeding, complete the information below. Use "et al." if multiple parties.]*<br>*Plaintiff(s):*<br><br>vs.<br>*Defendant(s):* | *Adversary Proceeding No.:*<br><br>*Related Docket No.:*<br>1131 |

## CERTIFICATE OF SERVICE

| *Document(s) served:* | *Date served:* |
|---|---|
| Order Approving Disclosure Statement and Setting Hearing on Confirmation | 12/29/2009 |

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise.**

*[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution.]*

| | | |
|---|---|---|
| *Example:*<br>● Name of individual served<br>● If attorney, name of client<br>● Mailing address *or*<br>  Email address if served via ECF *or*<br>  Fax number if served by fax | | |
| - For Parties served via First Class Mail, see attached Exhibit A | | |

| | |
|---|---|
| Dated: 1/4/2010 | **/s/** Adam L. Simpson_____<br>Signature       (If original signature, print name above) |

# Exhibit A

Exhibit A
Served via First Class Mail

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Tammy Johnson | | PO Box 348 | | Guanica | PR | 00653-0348 |